UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIARA HEWITT,<br><br>       Plaintiff,<br><br>       v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>       Defendants. | Case No. 4:26-cv-00371-KAW<br><br>**ORDER VACATING AUGUST 6, 2026 HEARINGS ON MOTIONS TO DISMISS AND HOLDING THE MOTIONS IN ABEYANCE**<br><br>Re: Dkt. No. 39 |
| JANE DOE,<br><br>       Plaintiff,<br><br>       v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>       Defendants. | Case No. 4:26-cv-00783-KAW<br><br>Re: Dkt. No. 14 |

The Court has three cases involving the same alleged incident in the San Francisco County Jail, including the two above-captioned cases that both have pending motions to dismiss set for hearing on August 6, 2026. The third case is *Lopez v. City and County of San Francisco, et al.,* 26-cv-04854-KAW, and the City's deadline to respond to the class action complaint has, by stipulation, been extended to October 12, 2026.

Since these cases involve the same incident, for the sake of judicial efficiency and to avoid the risk of inconsistent rulings, the Court VACATES the August 6, 2026 hearings on the pending motions and will hold them in ABEYANCE until a response is filed in *Lopez.* At that point, the Court will decide how to proceed.

//

Finally, the forthcoming case management conferences in each of these cases will be separately continued by Clerk's Notice.

IT IS SO ORDERED.

Dated: July 30, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California